```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

           -against-

NORTHSHORE ASSET MANAGEMENT, LLC, et al.,

                      Defendants.

------------------------------------------x

Civil Action No.
05-CV- 2192 (WHP)

## ORDER GRANTING COMPENSATION OF PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF <u>ACTUAL AND NECESSARY EXPENSES INCURRED</u>

Upon consideration of the application (the "Third Application") by CBIZ Accounting, Tax and Advisory of New York, LLC ("CBIZ"), successor-in-interest to Mahoney Cohen & Company, CPA, P.C. ("Mahoney Cohen"),[1] tax and accounting advisor to Arthur Steinberg, the court-appointed receiver (the "Receiver") for Northshore Asset Management, LLC, and its related affiliates and funds, seeking entry of an Order allowing fees of $69,256.10 and expenses of $1,629.95 for services rendered by CBIZ during the period from July 1, 2007 through April 30, 2009; and due notice of the Third Application having been provided; and no objections having been filed; and after due deliberation and sufficient cause appearing therefore; and the Court having determined that the fees and expenses requested are reasonable and necessary, IT IS HEREBY:

---

[1] At the time the Receiver engaged Mahoney Cohen they were known as Mahoney Cohen and Company, CPA, P.C., however, during the Fee Period, Mahoney Cohen, as of December 31, 2008 (the "Effective Date"), sold, assigned, transferred, conveyed and delivered to CBIZ all its business assets. To avoid confusion, references to CBIZ throughout this Order shall mean CBIZ as successor-in-interest to Mahoney Cohen or to Mahoney Cohen as it existed prior to the Effective Date, as the context requires.

29074969.DOC

ORDERED, that the Third Application is GRANTED in full; and it is further

ORDERED, that CBIZ's request in the Third Application is allowed for fees of $69,256.10 and expenses of $1,629.95 for a total award of $70,886.05; and it is further

ORDERED, that the Receiver is hereby authorized upon the entry of this Order to pay CBIZ the amounts of fees and expenses allowed hereby.

Dated: New York, New York
       9/25, 2009

                                                    United States District Court Judge