KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
United States
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Marilee Dahlman, Esq.

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Sheldon L. Solow, Esq.
Michael D. Messersmith, Esq.

*Counsel for Arthur Steinberg, as Receiver
for Northshore Asset Management, LLC, et al.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

NORTHSHORE ASSET MANAGEMENT, LLC, et al.,

                Defendants.

------------------------------------------x

Civil Action No.
05-CV- 2192 (WHP)

### ORDER AUTHORIZING THE RECEIVER TO ABANDON
### CERTAIN PROPERTY OF THE RECEIVERSHIP ESTATE

Upon the application ("Application") of Arthur Steinberg, the court-appointed receiver (the "Receiver") for Northshore Asset Management, LLC ("Northshore"), and its affiliated entities and funds (collectively, the "Receivership Estate"), seeking an order authorizing him to abandon certain Receivership Estate property or otherwise to dispose

of it; and it appearing that due notice of the Application has been given; and that no other or further notice of the Application need be given; and no objections to the Application having been made; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Application is approved in all respects; and it is further

ORDERED, that the Receiver is authorized to abandon the office furniture and miscellaneous property that was not sold at public auction ("Remaining Personal Property"); and it is further

ORDERED, that the Receiver is authorized to donate a portion or all of the Remaining Personal Property to a charity, if a charity is located that will accept a portion or all of the Remaining Personal Property or otherwise to dispose of it; and it is further

ORDERED, that the requirement set forth in Rule 7.1 of the Rules of the District Court for the Southern District of New York requiring a memorandum of law is hereby dispensed with and waived; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: New York, New York
August __, 2009

_____
United States District Court Judge

2