KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Aaron Rubinstein, Esq.
Marilee Dahlman, Esq.

-and-

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Sheldon L. Solow, Esq.
Michael D. Messersmith, Esq.

*Counsel for Arthur Steinberg, as Receiver*
*for Northshore Asset Management, LLC, et al.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

    -against-                         Civil Action No.
                                             05-CV-2192(WHP)

NORTHSHORE ASSET MANAGEMENT, LLC, *et al.*,

              Defendants.
----------------------------------------------------------x
----------------------------------------------------------x
ARTHUR STEINBERG, as Receiver for Northshore Asset
Management, LLC, *et al.*,

              Plaintiff,

    -against-                         Civil Action No.
                                             07-CV-1208(WHP)

BLOOMBERG, L.P., BLOOMBERG, INC and
BLOOMBERG INTEGRATION SERVICES, LLC

              Defendants.
----------------------------------------------------------x

~4888531.doc

```
-----------------------------------------------------------------x
ARTHUR STEINBERG, as Receiver for Northshore Asset  :
Management, LLC, et al.,                            :
                                                    :
                            Plaintiff,              :
                                                    :    Civil Action No.
            -against-                               :    06-CV-5564(WHP)
                                                    :
LEO SHPIZ,                                          :
                                                    :
                            Defendant.              :
-----------------------------------------------------------------x
```

**ORDER GRANTING MOTION OF ARTHUR STEINBERG, RECEIVER FOR NORTHSHORE ASSET MANAGEMENT, LLC, *ET AL.* FOR AN ORDER AUTHORIZING ENTRY INTO SETTLEMENT AGREEMENTS WITH (I) BLOOMBERG, L.P., BLOOMBERG, INC. AND BLOOMBERG INTEGRATION SERVICES, LLC; AND (II) LEO SHPIZ**

Upon the motion (the "Motion") of Arthur Steinberg, the court-appointed receiver (the "Receiver") for defendants Northshore Asset Management, LLC ("Northshore") and its affiliated entities and funds (collectively, the "Receivership Estate"), seeking an order authorizing him to enter into settlement agreements with (i) Bloomberg, L.P., Bloomberg, Inc., and Bloomberg Integration Services, LLC (together, "Bloomberg"); and (ii) Leo Shpiz ("Shpiz"); and it appearing that due notice of the Motion has been given, and that no other or further notice of the Motion need be given; and no objections to the Motion having been made; and it being the determination of this Court that the relief requested in the Motion is in the best interests of the Receivership Estate; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is approved in all respects; and it is further

ORDERED, that the Receiver is authorized to enter into and consummate the Bloomberg Settlement Agreement without further application to the Court; and it is further

ORDERED that the terms of the Bloomberg Settlement Agreement shall become binding and enforceable upon entry of this Order; and it is further

~4888531.doc                           2

ORDERED, that the Receiver is authorized to enter into and consummate the Shpiz Settlement Agreement without further application to the Court; and it is further

ORDERED that the terms of the Shpiz Settlement Agreement shall become binding and enforceable upon entry of this Order; and it is further

ORDERED, that the Clerk's Office of the United States District Court for the Southern District of New York is hereby directed to enter a copy of this Order in the case captioned *Arthur Steinberg, as Receiver for Northshore Asset Management, LLC, et al. v. Bloomberg, L.P. et al.*, Civil Action No. 07-cv-1208 (WHP), and to mark such action as "Closed;" and it is further

ORDERED, that the Clerk's Office of the United States District Court for the Southern District of New York is hereby directed to enter a copy of this Order in the case captioned *Arthur Steinberg, as Receiver for Northshore Asset Management, LLC, et al. v. Leo Shpiz. et al.*, Civil Action No. 06-cv-5564 (WHP), and to mark such action as "Closed;" and it is further

ORDERED, that the requirement set forth in Rule 7.1 of the Rules of the United States District Court for the Southern District of New York, requiring the filing of a memorandum of law is hereby dispensed with and waived; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       9\25   , 2009

UNITED STATES DISTRICT COURT JUDGE