UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,          05 Civ. 2192 (WHP)

  -against-

                             ORDER

NORTHSHORE ASSET
MANAGEMENT, LLC et al.,

           Defendants.
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/12

      The Clerk of the Court is directed to mark this case closed.

Dated: September 11, 2012
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*